**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Valerie Harris,<br>　　　　　Plaintiff(s),<br>vs.<br>Delaware North,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-cv-1811-MHC |

## J U D G M E N T

This action having come before the court, Mark H Cohen, United States District Judge, for consideration of this Court's order dated August 16, 2022, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to effectuate service of process upon Defendant, to obey a lawful order of the Court, and to keep the clerk's office advised of Plaintiff's current address.

Dated at Atlanta, Georgia this 21st day of September, 2022.

　　　　　　　　　　　　　　　　　　　KEVIN P. WIEMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/D. Burkhalter_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 21, 2022
Kevin P. Weimer
Clerk of Court


By:　 s/D. Burkhalter_____
　　　　Deputy Clerk